IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT JOHNSON,

     Plaintiff,                       No. 2:13-cv-0144 JFM (PC)

     vs.

JEYSEN RELVES, et al.,

     Defendants.                ORDER

_____/

     Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action alleging claims under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This court will not rule on plaintiff's application to proceed in forma pauperis.

     The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as

/////

1 provided in this action, any judicial district in which any defendant is subject to the court's
2 personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
3      In this case, none of the defendants reside in this district. The claim arose in
4 Santa Barbara County, which is in the Central District of California. Therefore, plaintiff's claim
5 should have been filed in the United States District Court for the Central District of California.
6 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
7 correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
8 1974).
9      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
10 United States District Court for the Central District of California.
11 DATED: February 6, 2013.

UNITED STATES MAGISTRATE JUDGE

12
john0144.21